## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DEMETRICE DAILEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:25-CV-01401 RHH |
| DIAMOND GORDON, | ) ) ) |
| Respondent. | ) ) |

### OPINION, MEMORANDUM AND ORDER

Before the Court is petitioner's motion for reconsideration of the remand of this action. After reviewing the grounds raised by petitioner, the Court will decline to alter or amend the judgment of this Court. The Court concludes that petitioner's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Petitioner is therefore not entitled to reconsideration of the remand of this action, and the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration of the remand of this action to the Circuit Court for the City of St. Louis [Doc. #6] is **DENIED**. Petitioner's request for stay of the remand order is also **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this matter would not be taken in good faith.

Dated this 16th day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE